IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brent M. Bybee, | No. CV-16-01939-PHX-MHB |
| Plaintiff, | **ORDER** |
| vs. | |
| Delta Career Education Corporation; Roth Staffing Companies, L.P., d/b/a Ultimate Staffing Services; and Pre-employ.com, Inc., | |
| Defendants. | |

Pending before this Court is a Stipulation for Dismissal with Prejudice (Doc. 31) and good cause appearing,

IT IS ORDERED granting the Stipulation (Doc. 31),

IT IS FURTHER ORDERED that the above-captioned matter may be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED vacating any pending hearing dates in this matter.

Dated this 15th day of September, 2016.

Honorable Michelle H. Burns
United States Magistrate Judge